State of New York, as Rehabilitator of New York Title and Mortgage Company, Appellant.* — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley and Untermyer, JJ. [149 Misc. 488; 150 id. 351.]

In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of, and Rehabilitate the Lawyers Title and Guaranty Company. In the Matter of the Application of City Bank Farmers Trust Company, Respondent, for Certain Relief against George S. Van Schaick, Superintendent of Insurance of the State of New York, as Rehabilitator of Lawyers Title and Guaranty Company, Appellant, Respecting Bond and Mortgage William and Beaver Corporation Guaranteed by Lawyers Title and Guaranty Company.† — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley and Untermyer, JJ. [149 Misc. 498; 150 id. 174.]

Metropolitan Life Insurance Company, Plaintiff, v. Ten Park Avenue Corporation and Others, Defendants. Helen Livingston McClellan, Plaintiff, v. Ten Park Avenue Corporation and Others, Defendants. Estelle C. Naughton, Tenant, Appellant; Leon Leighton and Joseph Kahn, Receivers, Respondents.— Appeal withdrawn, without costs to either party. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Minnie Canell, Individually and in Behalf and for the Benefit of All Other Stockholders of Tudor City Seventh Unit, Inc., Respondent, v. Fred F. French and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to defendants, appellants, to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of Walter A. Byrnes, Appellant, for an Order of Mandamus against Paul Windels, Corporation Counsel of the City of New York, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Charles C. Kerner, Respondent, v. Continental Rubber Works, Appellant. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Aeronautical Holdings, Limited, Appellant, v. Commercial National Bank and Trust Company of New York, Respondent. Commercial National Bank and Trust Company of New York, Plaintiff, v. Charbert Holding Corporation, Defendant, and Bendix Aviation Corporation, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

Henry Elgarten, Respondent, v. Howard S. Hoit, Individually, and Others, Appellants.— Order appealed from denying defendants' motion to vacate notice of examination before trial affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

---

* Affd., 265 N. Y. 30.                    † Affd., 265 N. Y. 20.